**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  11-cv-01449-RBJ-KLM

THOMAS CORTEZ,  a Colorado resident,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS**
_____

This matter is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice of All Claims.  The Court, having reviewed the Stipulated Motion and being otherwise fully apprised in the premises, hereby **GRANTS** the Stipulated Motion and **ORDERS** that:

All claims brought or which could have been brought in this action by Plaintiff against Defendant shall be dismissed **WITH PREJUDICE**.  Each party shall bear his or its own attorneys' fees and costs

Dated this 26th day of March, 2012.

BY THE COURT:

_____
United States District Court Judge